United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-10429-amc

Edwin Joseph Waites, III                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3
Date Rcvd: Mar 20, 2026                    Form ID: pdf900                          Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Edwin Joseph Waites, III, 5421 Woodbine Ave, Philadelphia, PA 19131-1317 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street Suite 725, Philadelphia, PA 19106-2607 |
| 15100266 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15101412 | + | Wilmington Savings Fund Society, FSB, C/O Mark Cronin, 325 Chestnut Street, Ste. 725, Philadelphia, PA 19106-2607 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2026 01:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2026 01:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2026 01:24:50 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 21 2026 01:18:00 | Wells Fargo Bank, National Association as Trustee, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 15100256 | + | Email/PDF: cbp@omf.com | Mar 21 2026 01:24:56 | Brightway/Onemain, Attn: Bankruptcy, P.O. Box 59, Evansville, IN 47701-0059 |
| 15100271 | | Email/Text: megan.harper@phila.gov | Mar 21 2026 01:18:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15100257 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 21 2026 01:24:56 | Capital Bank N.A., 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 15100258 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2026 01:24:50 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15100259 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2026 01:24:53 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15100260 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2026 01:24:53 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15100261 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2026 01:24:50 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15100262 | | Email/Text: mrdiscen@discover.com | Mar 21 2026 01:18:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: pdf900 | Total Noticed: 29 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Cook Rd, Riverwoods, IL 60015-3851 |
| 15100263 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 21 2026 01:24:53 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15100264 | Email/Text: Bankruptcy@ICSystem.com | Mar 21 2026 01:18:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 15100265 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2026 01:18:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15107860 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 21 2026 01:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15103964 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2026 01:24:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15100267 | Email/Text: mtgbk@shellpointmtg.com | Mar 21 2026 01:18:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 15102630 | + Email/PDF: cbp@omf.com | Mar 21 2026 01:24:53 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15100269 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 21 2026 01:18:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15102199 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 21 2026 01:18:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 15100268 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2026 01:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15110313 | ^ MEBN | Mar 21 2026 01:17:46 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15100270 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 21 2026 01:18:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15102198 | + Email/Text: EBN@brockandscott.com | Mar 21 2026 01:18:00 | Wells Fargo Bank ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                    Signature:        /s/Gustava Winters

District/off: 0313-2

Date Rcvd: Mar 20, 2026

User: admin

Form ID: pdf900

Page 3 of 3

Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Structured Asset Securities Corporation, Mortg wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of OBX 2022-NQM5 Trust philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edwin Joseph Waites  III help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Edwin Joseph Waites III | ) | Case No. 26–10429–amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 4, 2026, this case is hereby DISMISSED.

**Date: March 20, 2026**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2 – If Applicable
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities